## No. 11,527.

### STATE OF LOUISIANA VS. BEN SAINTES.

In the absence of some charge of fraud or wrong committed in the drawing or the summoning of the general *venire* of jurors, which would work great and irreparable injury, a motion to quash and set aside the *venire* can not prevail. Citing Act 44 of 1877, Sec. 10.

APPEAL from the Nineteenth Judicial District Court, Parish of Iberia. *Voorhies, J.*

*M. J. Cunningham*, Attorney General, and *R. F. Broussard*, District Attorney, for the State.

*Edward Simon* and *L. O. Hacker* Attorneys for Defendant and Appellant.

The opinion of the court, affirming judgment of the District Court, was delivered by WATKINS, J.

Rehearing refused.

## No. 11,509.

### THE STATE OF LOUISIANA VS. HENRY JACKSON.

In an indictment for rape the averment that the act was committed against the will and consent of the female, is equivalent to the averment "without her consent." Hence, under such indictment, testimony is admissible that she was under the consenting age, the testimony supporting the averment "without her consent." Wh. C. L., Secs. 556, 558, 559; 1 Bishop, 1121, 1122; 2 Bishop, 61.

APPEAL from the Eleventh Judicial District Court, Parish of St. Landry. *Perrault, J.*

*M. J. Cunningham*, Attorney General, and *E. B. DuBuisson*, District Attorney, for the State.

*Jno. N. Ogden* and *W. W. Bailey* Attorneys for Defendant and Appellant.

The opinion of the court, affirming the judgment of the District Court, was delivered by MILLER, J.